**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Long Phi Do,<br><br>　　　　　Petitioner,<br><br>v.<br><br>David R Rivas, et al.,<br><br>　　　　　Respondents. | No. CV-25-01885-PHX-KML (ASB)<br><br>**ORDER** |

　　　　Petitioner Long Phi Do believes "his detention in immigration custody . . . may potentially last forever, because Vietnam revoked his citizenship in 2014." (Doc. 14 at 1.) Do seeks limited discovery to establish he is entitled to be released because "there is no likelihood of his removal in the reasonably foreseeable future." (Doc. 4 at 1.) Respondents argue Do is not entitled to discovery because there is no "evidence his Vietnamese citizenship was revoked." (Doc. 13 at 10.)

　　　　"A habeas petitioner . . . is not entitled to discovery as a matter of ordinary course." *Bracy v. Gramley*, 520 U.S. 899, 904 (1997). But discovery is appropriate when "specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is . . . entitled to relief." *Id.* (simplified). Do has alleged his citizenship was cancelled and supported that allegation with specific information from the Vietnamese Embassy's website suggesting if he failed to register by July 1, 2014—as he also alleges—his Vietnamese citizenship "will be lost." *See Instructions for Registration to Retain Vietnamese Citizenship*, *available at*

https://vietnamembassy-usa.org/consular/instructions-registration-retain-vietnamese-citizenship (last visited June 24, 2025). If his allegations are true, there is reason to believe his removal to Vietnam will not occur in the reasonably foreseeable future. Limited discovery is appropriate.[1]

Accordingly,

**IT IS ORDERED** the Motion for Limited Discovery (Doc. 4) is **GRANTED**. Respondents shall produce the requested information no later than **July 21, 2025**.

**IT IS FURTHER ORDERED** the Motion for Extension of Time (Doc. 15) is **GRANTED**. Petitioner shall file his reply in support of his motion for preliminary injunction within seven days of receiving the requested documents.

Dated this 25th day of June, 2025.

_____
Honorable Krissa M. Lanham
United States District Judge

---

[1] Do's proposed discovery seeks communications "from ICE to the Embassy of the Socialist Republic of Vietnam . . . and any responsive or related correspondence to or from the Russian embassy." (Doc. 4 at 2.) The reference to the Russian embassy appears to have been in error and the discovery request should be read as requiring correspondence from the Embassy of the Socialist Republic of Vietnam.

- 2 -