**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Long Phi Do,<br><br>　　　　　Petitioner,<br><br>v.<br><br>David R Rivas, et al.,<br><br>　　　　　Respondents. | No. CV-25-01885-PHX-KML (ASB)<br><br>**ORDER** |

On June 25, 2025, the court ordered respondents to produce all information covered by seven categories petitioner identified. Respondents were to produce that information no later than July 21, 2025. (Doc. 17.) On July 21, respondents produced petitioner's "entire A-file" but did not produce documents responsive to the other six categories. (Doc. 19.) Respondents are given until August 11, 2025, to produce all responsive documents or a declaration that no such documents exist. If additional responsive documents are not produced, respondents' declaration must indicate the efforts they took to identify and obtain responsive documents. Petitioner's reply is due August 18, 2025. In that reply, petitioner should identify what additional evidence he would present if the court were to hold an evidentiary hearing and whether a translator would be needed for a hearing. After reviewing the reply, the court may schedule a hearing that would consolidate the motion for preliminary injunction with trial on the merits.

**IT IS ORDERED** no later than **August 11, 2025**, respondents shall produce all responsive documents or a declaration that no additional responsive documents exist and

1 the efforts they took to locate responsive documents.

2 **IT IS FURTHER ORDERED** no later than **August 18, 2025**, petitioner shall file

3 his reply.

4 Dated this 30th day of July, 2025.

Honorable Krissa M. Lanham
United States District Judge