# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Long Phi Do, | No. CV-25-01885-PHX-KML (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| David R Rivas, et al., | |
| Respondents. | |

Based on respondents' notice that petitioner has been removed, this case is moot. *Abdala v. I.N.S.*, 488 F.3d 1061, 1065 (9th Cir. 2007) (petition that "challenged only the length of [petitioner's] detention" was moot when petitioner was deported).

**IT IS ORDERED** the Motion for Preliminary Injunction (Doc. 3) is **DENIED**.

**IT IS FURTHER ORDERED** the petition (Doc. 1) is **DISMISSED AS MOOT**. The Clerk of Court shall enter a judgment of dismissal without prejudice and close this case.

Dated this 19th day of August, 2025.

Honorable Krissa M. Lanham
United States District Judge